UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SMART STUDY CO., LTD.,

    Plaintiff,

    -v-

KRIMSON PRODUCT INC. d/b/a ELCO TOY
INC. d/b/a ELCO TOY,

    Defendant.
------------------------------------ x

19-cv-9747 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On November 14, 2019, the parties in this case informed the Court that they had fully executed the settlement agreement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

Dated: New York, NY

    December 17, 2019

_____
JED S. RAKOFF, U.S.D.J.